FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0185

FILED

APR 14 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE MONTANA STATE FUND'S
APPLICATION FOR RELEASE OF
DEPARTMENT OF JUSTICE CONFIDENTIAL
CRIMINAL JUSTICE INFORMATION
CONCERNING MATTHEW AILER,
CDC-2014-98.

O R D E R

Pro Se litigant Matthew Ailer has moved this Court to opt out of the appellate mediation requirement set forth by Rule 7 of the Montana Rules of Appellate Procedure. There is no objection to the motion. Good cause appearing,

IT IS ORDERED that the motion to waive mediation is GRANTED.

DATED this 14 day of April, 2023.

For the Court,

_____
Chief Justice